**Electronically Filed
Supreme Court
SCWC-12-0000962
07-MAY-2014
09:50 AM**

SCWC-12-0000962

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

LETITIA HARTER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000962; CR. NO. 11-1-1063)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Letitia Harter's

Application for Writ of Certiorari, filed on March 24, 2014, is

hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk

regarding scheduling.

DATED: Honolulu, Hawaiʻi, May 7, 2014.

Alen M. Kaneshiro                /s/ Mark E. Recktenwald
for Petitioner
                                 /s/ Paula A. Nakayama

                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /S/ Michael D. Wilson

